# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Byron Crawford

                               Plaintiff,

v.                                                   Case No.: 1:21−cv−05015

                                                            Honorable Matthew F. Kennelly

Illinois Department Of Employment Security

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 31, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 1/31/2022. Plaintiff did not appear for the hearing. Case is dismissed as moot based on the reasons stated more fully on the record. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.